UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Bruce B. Karp,

    Plaintiff,

v.                                                     Case No. 14-14052

Citimortgage, Inc., *et al.*,                 Sean F. Cox
                                                           United States District Court Judge

    Defendants.
_____/

## ORDER
## ACCEPTING AND ADOPTING
## JANUARY 23, 2015 REPORT & RECOMMENDATION

Plaintiff filed this action in state court and it was removed to this Court on October 21, 2014. Thereafter, Defendants filed a Motion to Dismiss (Docket Entry No. 4). This Court referred the Motion to Dismiss to Magistrate Judge David R. Grand for issuance of a report and recommendation.

On January 23, 2015, Magistrate Judge Grand issued a Report and Recommendation (Docket Entry No. 11) wherein he recommends that this Court grant Defendants' Motion to Dismiss and dismiss this action.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

No party has filed objections to the R&R and the time permitted for filing objections to

1

the R&R has passed.

The Court hereby ADOPTS the January 23, 2015 Report and Recommendation. IT IS ORDERED that: 1) Defendants' Motion to Dismiss is GRANTED; and 2) this action shall be dismissed with prejudice.

IT IS SO ORDERED.

S/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: February 27, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 27, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy  
Case Manager